UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GARNES,<br><br>                Plaintiff,<br><br>-v-<br><br>PRITCHARD INDUSTRIES, INC.,<br><br>                Defendant. | CIVIL ACTION NO. 22 Civ. 10674 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Response to its May 3, 2024 Order to Show Cause. (ECF No. 27 (the "OTSC Response")). By **Friday, June 28, 2024**, Defendant Pritchard Industries, Inc. shall respond to the OTSC Response, addressing whether Plaintiff's arguments that 32BJ SEIU's alleged failure to assist him in the arbitration process is relevant to the Court's conclusions in the Report & Recommendation issued on June 13, 2024 (ECF No. 25).

Dated:    New York, New York           SO ORDERED.
           June 25, 2024

_____
SARAH L. CAVE
United States Magistrate Judge