UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GARNES,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 22 Civ. 10674 (PAE) (SLC)

PRITCHARD INDUSTRIES, INC.,                      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court has reviewed Plaintiff Mark Garnes' letter response (ECF No. 27 ("the OTSC Response")) to the Court's May 3, 2024 Order to Show Cause (ECF No. 24 (the "OTSC")) and Defendant Pritchard Industries, Inc.'s response to the OTSC Response (ECF No. 29) and deems the OTSC RESOLVED, albeit late, but concludes that there is no basis for altering the Report & Recommendation (ECF No. 25) it has already made to the Honorable Paul E. Engelmayer.

Dated:    New York, New York                    SO ORDERED.
             June 28, 2024

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge